AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

FILED
Vanessa L Armstrong, Clerk
Jun 07 2020
U.S. District Court
Western District of Kentucky

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Vontreil Bailey | ) | Case No. 3:20-mj-408 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of June 2, 2020 in the county of Jefferson in the Western District of Kentucky, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, USC, Section 2118(b) and (d) | Conspiracy to commit burglary involving controlled substances |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

/s/ SA Chelsea Holiday
*Complainant's signature*

Special Agent Chelsea Holliday, FBI
*Printed name and title*

Sworn to before me by telephone and signed electronically in accordance with Fed.R.Crim.P. 4.1 .

Date: 06/07/2020

*Judge's signature*

City and state: Louisville, Kentucky     Regina S. Edwards, US Magistrate Judge
*Printed name and title*

Print    Save As...    Attach    Reset