USDC KYWD - Minute Order (Rev. 11/11)

# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**VS.**                                                              **CRIMINAL ACTION NUMBER: 3:20-MJ-408**

**VONTREIL BAILEY**                                                                           **DEFENDANT**

## ORDER

The above-styled case came before the Honorable Regina S. Edwards, United States Magistrate Judge, on June 16, 2020 to conduct a combined preliminary and detention hearing by video.

<u>APPEARANCES</u>

| | |
|---|---|
| For the United States: | Frank E. Dahl, III, Assistant United States Attorney |
| For the defendant: | Defendant Vontreil Bailey - Present by video from the Oldham County Jail |
| | Chastity R. Beyl, Assistant Federal Defender - Present by video |
| Court Reporter: | Dena Legg |

The defendant, through counsel, having waived her right to a preliminary hearing on the record,

**IT IS HEREBY ORDERED** that should the Grand Jury return a true bill, this case is scheduled for arraignment proceedings on **June 23, 2020 at 11:30 a.m. via video conference** before the Honorable Regina S. Edwards, United States Magistrate Judge.

The Court having heard sworn witness testimony and arguments from counsel as to the matter of detention and for the reasons fully stated on the record,

**IT IS FURTHER ORDERED** that the defendant is released on an unsecured bond in the amount of $2,500.00 with conditions pending further order of the Court.

This 16th day of June, 2020                **ENTERED BY ORDER OF THE COURT:**
                                            **REGINA S. EDWARDS**
                                            **UNITED STATES MAGISTRATE JUDGE**
                                            **VANESSA L. ARMSTRONG, CLERK**
                                            **BY: s/** *Ashley Henry* **- Deputy Clerk**

Copies: U.S. Attorney
        U.S. Probation
        Counsel for Defendant

|35C